UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 17-137-DLB

LANNIE S. RAY                                                                                                     PLAINTIFF

vs.                                          __JUDGMENT__

NANCY A. BERRYHILL, Commissioner
of Social Security Administration                                                DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

       Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

       (1)     The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

       (2)     Plaintiff Lannie S. Ray's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

       (3)     This action is **STRICKEN** from the active docket of this Court.

       This is a final and appealable order and no just cause for delay exists.

       This 24th day of April, 2018.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\17-137 Ray Judgment.docx